IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KAREN LEE CHAGNON,

      Appellant,

v.                                 Case No.  5D16-2813

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed January 31, 2017

3.800 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

James S. Purdy, Public Defender, and
Glendon George Gordon, Jr., Assistant
Public Defender, Daytona Beach, for
Appellant.

Karen Lee Chagnon, Ocala, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.  See Moore v.  State, 882 So. 2d 977 (Fla. 2004).

COHEN, C.J., ORFINGER and WALLIS, JJ., concur.